William McGonnigle v. Robert D. McGonnigle, Administrator of George M. McGonnigle, deceased, Appellant.

Argued April 12, 1897. Appeal, No. 12, April T., 1897, by defendant, from judgment of C. P. No. 2, Allegheny Co., Jan. T., 1896, No. 489, on demurrer. Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ. Affirmed.

OPINION BY WICKHAM, J., July 23, 1897:

The facts of this case being similar to those appearing in William McGonnigle v. Robert D. McGonnigle, No. 11, April term, 1897, it is governed by the decision this day handed down in that case.

Judgment affirmed.